U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

APR 1 0 2019

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-CR-00319-02 |
|---|---|---|
| | * | |
| | * | |
| VERSUS | * | 21 U.S.C. § 846 |
| | * | |
| | * | CHIEF DISTRICT JUDGE HICKS |
| JESSICA N. DAVIS | * | MAGISTRATE JUDGE HAYES |

**FACTUAL BASIS**

This Factual Basis is submitted in accordance with Federal Rules of Criminal Procedure, Rule 11(f). The parties signing below agree and stipulate to the following factual matters, as the basis for the Defendant pleading guilty to Count1 of the Indictment:

On August 14, 2017, JESSICA N. DAVIS accompanied Matthew A. Beaudion and Justin D. Jenkins to Houston, Texas to obtain methamphetamine. The purpose of the trip was for Beaudion to obtain methamphetamine which he and DAVIS would then distribute to other persons. DAVIS personally assisted the planned, subsequent distributions by telephonically discussing the acquisition of methamphetamine with one of Beaudion's customers and letting them know when they would be returning to Monroe, Louisiana with the drugs. Once in Houston, Beaudion obtained methamphetamine which DAVIS, Jenkins, and Beaudion transported together back to Monroe, Louisiana on August 15, 2017. Upon arriving in Monroe, Louisiana, the vehicle, driven by Jenkins and also occupied by DAVIS

and Beaudion, was stopped by law enforcement and searched. During the search, agents discovered 690.5 grams of methamphetamine hidden in the dash of the vehicle behind the radio.

JESSICA N. DAVIS knew or reasonably should have known that the scope of the conspiracy involved at least 500 grams of methamphetamine. DAVIS also knew that the purpose of the conspiracy was to obtain methamphetamine for distribution. Wherefore, the parties signing below agree and stipulate that the preceding paragraphs adequately describe the defendant's role in the offense of Conspiracy to Possess with the Intent to Distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, for the purpose of establishing her guilt beyond a reasonable doubt to Count 1 of the Indictment in this case.

Signed this 10 day of April, 2019.

_____
JESSICA N. DAVIS
Defendant

_____
JOSEPH GREENWALD, JR.
Counsel for Defendant

DAVID C. JOSEPH
UNITED STATES ATTORNEY

_____
SETH D. REEG (Bar #34184)
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101
(318) 676-3600